IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ALFREDO GONZALES,

Petitioner, No. CIV S-11-2518 DAD P

vs.

BRENDA M. CASH,

Respondent. ORDER

_________________________________/

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner did not pay the filing fee or file an application requesting leave to proceed in forma pauperis. In his application for federal habeas relief, petitioner challenges a judgment of conviction entered by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: September 28, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
gonz2518.109